EUGENE K. FRANKLIN, DAVID L. FRANKLIN, Co-Executors of the Estate of Henry B. Franklin, and WAVA K. FRANKLIN v. WINN DIXIE RALEIGH, INC.

No. 610A94

(Filed 8 December 1995)

Appeal by plaintiffs pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 117 N.C. App. 28, 450 S.E.2d 24 (1994), affirming the trial court's dismissal of plaintiff's action entered by Weeks, J., on 2 July 1993 in Superior Court, Wake County. On 9 February 1995, this Court allowed discretionary review of additional issues. Heard in the Supreme Court 16 November 1995.

*Marvin Schiller and William E. Moore, Jr., for plaintiff-appellants.*

*Patterson, Dilthey, Clay & Bryson, L.L.P., by G. Lawrence Reeves, Jr., for defendant-appellee.*

PER CURIAM.

The decision of the Court of Appeals is affirmed based on the authority of *Crossman v. Moore*, 341 N.C. 185, 450 S.E.2d 715 (1995).

AFFIRMED.

Justice Orr did not participate in the consideration or decision of this case.